UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:17-cv-61071-FAM

RAY FORREST,

       Plaintiff,

v.

AFNI, INC.,

       Defendant.
_____/

**DEFENDANT, AFNI, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Afni, Inc. (Afni), through counsel and under the Federal Rules of Civil procedure, files this Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint, and states:

1.    On May 30, 2017, plaintiff, Ray Forrest (plaintiff), served his complaint and summons on Afni. Afni's responsive pleading is currently due on June 20, 2017.

2.    Undersigned counsel, however, requests additional time to review the file materials, conduct an investigation and confer with her client in order to draft an appropriate responsive pleading. In addition, the extension will allow the parties the time necessary to engage in meaningful and good-faith settlement negotiations in hopes the parties can reach a mutually agreeable resolution without the Court's involvement.

3.    Plaintiff, through counsel, has agreed to allow Afni an extension of time through and including July 11, 2017 to respond to the complaint.

WHEREFORE, Defendant, Afni, Inc., respectfully requests this Court grant it an extension through and including July 11, 2017 to respond to plaintiff's complaint, and for such other relief as this Court deems proper.

Dated:  June 16, 2017

        Respectfully submitted,

        /s/ Jocelyn C. Smith
        Jocelyn C. Smith, Esq.
        Florida Bar No. 0036554
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 440-5328
        Facsimile: (866) 466-3140
        jsmith@sessions.legal
        dvanhoose@sessions.legal

        *Attorneys for Defendant,*
        *Afni, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of June 2017, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Jibrael S. Hindi, Esq. | Thomas J. Patti, Esq. |
| The Law Offices of Jibrael S. Hindi | Thomas-John Law, P.A. |
| 110 SE 6th Street, Suite 1744 | 110 SE 6th Street, Suite 1700 |
| Fort Lauderdale, FL 33301 | Fort Lauderdale, FL 33301 |

/s/ Jocelyn C. Smith
Attorney